23cr23 KMM/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) TRINA MAE JOHNSON,<br>(2) BOBBI JO JOHNSON,<br>a/k/a Bobbi Jo Kingbird,<br>(3) ELLIE MAE JOHNSON,<br>(4) PATRICIA ANN JOHNSON, and<br>(5) BERTRAM CALVIN LUSSIER, JR.,<br><br>Defendants. | **INDICTMENT**<br><br>18 U.S.C. § 113(a)(3)<br>18 U.S.C. § 1151<br>18 U.S.C. § 1153<br>18 U.S.C. § 3559(f)(3)<br>Minn. Stat. § 609.05<br>Minn. Stat. § 609.3775<br>Minn. Stat. § 609.378 subdiv. 1(a)(1)<br>Minn. Stat. § 609.378 subdiv. 1(b)(1) |

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to the indictment:

## INTRODUCTION

1. Between approximately January 1, 2021, and April 29, 2022, defendant TRINA MAE JOHNSON directed the systematic torture, endangerment, neglect, and abuse of Minor Victim 1, a child then approximately 12-13 years old, who was in TRINA MAE JOHNSON's legal custody by way of a foster care placement that began on or about November 5, 2020.

2. TRINA MAE JOHNSON was joined, aided, and abetted in this scheme by her three sisters, BOBBI JO JOHNSON (a/k/a Bobbi Jo Kingbird), ELLIE MAE JOHNSON, and PATRICIA ANN JOHNSON, who all regularly assumed responsibility for all or a portion of the care and supervision of Minor Victim 1.

SCANNED
JAN 25 2023
U.S. DISTRICT COURT MPLS

3. TRINA MAE JOHNSON was also joined, aided, and abetted in this scheme by BERTRAM CALVIN LUSSIER, JR., who resided with TRINA MAE JOHNSON and regularly assumed responsibility for all or a portion of the care and supervision of Minor Victim 1.

4. During the relevant time period, the defendants committed, caused, and/or permitted severe and pervasive abuse towards Minor Victim 1, including but not limited to:

- Withholding of food to the point of starvation and malnourishment;
- Forcing Minor Victim 1 to stand in uncomfortable positions for long periods of time;
- Depriving Minor Victim 1 of sleep;
- Assaulting Minor Victim 1 with hands and objects;
- Threatening and verbally abusing Minor Victim 1;
- Withholding necessary medical care; and
- Isolating Minor Victim 1 from the outside world.

5. As a result of the defendants' abuse, Minor Victim 1 suffered serious and substantial harm to his physical, mental, and emotional health.

6. At all relevant times, these actions were taking place within the exterior boundaries of the Red Lake Indian Reservation, in the State and District of Minnesota, and the defendants and Minor Victim 1 were enrolled members of the Red Lake Band of Chippewa Indians.

**COUNT 1**
(Child Torture)

7. Between approximately September 15, 2021 (the effective date of the relevant statute), and April 29, 2022, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**(1) TRINA MAE JOHNSON,**

an Indian, did commit the crime of child abuse by torture, in that she intentionally inflicted extreme mental anguish and extreme psychological and physical abuse in an especially depraved manner upon Minor Victim 1, an Indian who had not attained the age of 18 years, all in violation of Title 18, United States Code, Sections 1151 and 1153; and Minnesota Statutes, Section 609.3775.

**COUNT 2**
(Child Neglect – Deprivation of Food and Health Care)

8. Between approximately January 1, 2021 and April 29, 2022, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**(1) TRINA MAE JOHNSON,**
**(2) BOBBI JO JOHNSON,**
a/k/a Bobbi Jo Kingbird,
**(3) ELLIE MAE JOHNSON,**
**(4) PATRICIA ANN JOHNSON, and**
**(5) BERTRAM CALVIN LUSSIER, JR.,**

all Indians, aiding and abetting each other, who were the legal guardians and/or caretakers of Minor Victim 1, an Indian who had not attained the age of 18 years, did willfully deprive Minor Victim 1 of necessary food and health care, despite being reasonably able to make

the necessary provisions, and the deprivation was likely to and did in fact result in substantial harm to Minor Victim 1's physical, mental, and emotional health, all in violation of Title 18, United States Code, Sections 1151 and 1153; and Minnesota Statutes, Sections 609.05 and 609.378 subdiv. 1(a)(1).

**COUNT 3**
(Child Endangerment)

9. Between approximately January 1, 2021 and April 29, 2022, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**(1) TRINA MAE JOHNSON,**
**(2) BOBBI JO JOHNSON,**
a/k/a Bobbi Jo Kingbird,
**(3) ELLIE MAE JOHNSON,**
**(4) PATRICIA ANN JOHNSON, and**
**(5) BERTRAM CALVIN LUSSIER, JR.,**

all Indians, aiding and abetting each other, who were the legal guardians and/or caretakers of Minor Victim 1, an Indian who had not attained the age of 18 years, did intentionally and recklessly cause and permit Minor Victim 1 to be placed in a situation that was likely to and did in fact result in substantial harm to Minor Victim 1's physical, mental, and emotional health, all in violation of Title 18, United States Code, Sections 1151 and 1153; and Minnesota Statutes, Sections 609.05 and 609.378 subdiv. 1(b)(1).

**COUNT 4**
(Assault on a Minor with a Dangerous Weapon)

10. On an occasion between approximately January 1, 2021 and April 29, 2022, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**(1) TRINA MAE JOHNSON,**

an Indian, did assault Minor Victim 1, an Indian who had not attained the age of 18 years, with a dangerous weapon, namely, a knife, with intent to do bodily harm, all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, 1153(a), and 3559(f)(3).

A TRUE BILL

____________________________________
UNITED STATES ATTORNEY

____________________________________
FOREPERSON