UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BOBBI JO JOHNSON (2),

Defendant.

Cr. No. 23-23 (KMM/LIB)

**DEFENDANT'S MOTION TO JOIN CO-DEFENDANT'S MOTION TO DISMISS**

Bobbi Jo Johnson, by and through her attorney, seeks to join and adopt by reference co-defendant Trina Mae Johnson's Motion to Dismiss (doc 103), filed 6/21/23. The arguments and circumstances set forth in the Motion to Dismiss are identical as applied to, and are transferrable to, Defendant's case.

Wherefore, Defendant respectfully moves to join and adopt Trina Mae Johnson's Motion to Dismiss.

Dated: June 23, 2023.

**WOLD MORRISON LAW**

s/ Peter Wold
Peter Wold, ID #118382
TriTech Center, Suite 705
331 Second Avenue South
Minneapolis, MN 55401
Telephone: 612.341.2525
Facsimile: 612.341.0116